No. 459. SEARS ET AL. *v.* AUSTIN. C. A. 9th Cir. Certiorari denied. *Jack K. Berman* for petitioners.

No. 460. NEW YORK ET AL. *v.* ANDREWS ET AL. Court of Claims of New York. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, and *Thomas F. Moore, Jr.* for petitioners. *George J. Skivington, Jr.* for respondents.

No. 461. POLICE BENEVOLENT ASSOCIATION OF THE NEW YORK STATE POLICE, INC., ET AL. *v.* TRAINOR, DISTRICT ATTORNEY OF WESTCHESTER COUNTY, ET AL. Court of Appeals of New York. Certiorari denied. *Arthur L. Reuter* for petitioners. *Robert J. Trainor* and *Warren J. Schneider* for respondents.

No. 463. SOLOMON DEHYDRATING Co., INC., *v.* GUYTON ET AL. C. A. 8th Cir. Certiorari denied. *Joseph T. Votava* for petitioner. *James J. Fitzgerald, Jr.* for respondents.

No. 465. GRAHAM, DOING BUSINESS AS MAINE CHANCE FARM, *v.* HERTZ. C. A. 2d Cir. Certiorari denied. *Andrew L. Hughes* for petitioner. *Edwin L. Weisl, William J. Manning* and *Rolon W. Reed* for respondent.

No. 474. AKOPIANTZ *v.* BOARD OF MEDICAL EXAMINERS OF CALIFORNIA. Supreme Court of California. Certiorari denied. *John Wattawa* and *Charles J. Miller* for petitioner. *Stanley Mosk,* Attorney General of California, and *Eimo G. Funke* and *Charles A. Barrett,* Assistant Attorneys General, for respondent.